THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES SULLIVAN, Appellant.

Argued March 16, 1937; decided June 8, 1937.

*Maurice Edelbaum* and *William Lurie* for appellant.

*William F. X. Geoghan, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction reversed and new trial ordered on the authority of *People* v. *Cummings* (274 N. Y. 336). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.